IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3141 |
| v. | ) | |
| | ) | |
| ROSEMARY FLORES, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1. Defendant's motion for substance abuse evaluation to be paid for by the government, filing 12, is granted.

2. The Pretrial Services officer is directed to make arrangements for the evaluation.

DATED this 17th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge