FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA          2007 FEB -7 PM 3: 21

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:06CR3141 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ROSEMARY FLORES, | ) | |
| | ) | |
| Defendant. | ) | |

On the government's Motion for Dismissal, filing 18,

IT IS SO ORDERED that paragraph 1 only of Count IV of the Indictment, specifically the criminal forfeiture of a 1997 silver Mercury Cougar XR7, VIN number 1MELM6241VH636101, against the defendant is hereby dismissed.

Dated this 7th day of February, 2007.

BY THE COURT

Richard G. Kopf
United States District Judge