IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>       v.                     )<br>                              )<br> ROSEMARY FLORES,             )<br>                              )<br>            Defendant.        )<br>                              ) | 4:06CR3141<br><br><br>ORDER |

   New counsel has entered an appearance as counsel for the defendant.

   IT THEREFORE HEREBY IS ORDERED,

   The motion of Lawrence G. Whelan to withdraw as counsel for the defendant, filing 23, is granted.

   DATED this 21st day of February, 2007.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge