IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3141 |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| ROSEMARY FLORES, | ) | |
| | ) | |
| Defendants. | ) | |

    Thomas A. Wagoner has entered his appearance on behalf of the defendant. Because the undersigned has generally recused himself from all cases involving Mr. Wagoner, the clerk will be directed to reassign the case to another district judge.

    Accordingly,

    IT IS ORDERED that the Clerk of the United States District Court shall reassign this case to another district judge.

March 2, 2007.                                             BY THE COURT:

                                                                                 s/ *Richard G. Kopf*
                                                                                 United States District Judge