IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:06CR3141 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROSEMARY FLORES, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of the government's Motion to Continue Plea Hearing, filing 28.

IT IS SO ORDERED:

The government's unopposed motion for a continuance of the plea hearing, filing 28 is granted, and the hearing on the defendant's anticipated plea of guilty is continued to March 28, 2007 at 1:30 p.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

Dated this 15th day of March, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge