IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3141 |
| | ) | |
| v. | ) | |
| | ) | |
| ROSEMARY FLORES, | ) | TENTATIVE FINDINGS ON OBJECTIONS |
| | ) | TO THE REVISED PRESENTENCE |
| Defendant. | ) | INVESTIGATION REPORT |
| | ) | |

Both parties have objected to the assessment of a two-level enhancement pursuant to U.S.S.G. § 3B104.  The government has asked for an opportunity to present testimony in support of its objection.

An evidentiary hearing will be held at the time of sentencing and the government may present the testimony of two witnesses.

Other than the issue of the enhancement, I tentatively find that the Revised Presentence Investigation Report is true and accurate.   Objection to this tentative finding may be made at the time of the sentencing, but no additional evidence than that already mentioned will be permitted.

Dated July 5, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge