IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| )  | |
| Plaintiff,   )  | 4:06CR3141 |
| )  | |
| v.   )  | |
| )  | |
| ROSEMARY FLORES,   )  | ORDER GRANTING MOTION TO SEAL |
| )  | |
| Defendant.   )  | |
| )  | |

IT IS ORDERED that the Motion to Seal, filing 66, is granted.

Dated March 16, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge